No. 76. CARDINALE v. LOUISIANA. Sup. Ct. La. Certiorari granted. *Nathan Greenberg* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Second Assistant Attorney General, *Leander H. Perez, Jr.,* and *Preston H. Hufft* for respondent.

No. 517. NATIONAL BOARD OF YOUNG MEN's CHRISTIAN ASSNS. ET AL. v. UNITED STATES. Ct. Cl. Certiorari granted. *Ronald A. Jacks* for petitioners. *Solicitor General Griswold, Assistant Attorney General Martz, Roger P. Marquis,* and *S. Billingsley Hill* for the United States.

(See also No. 499, *ante,* p. 214; and No. 501, *ante,* p. 215.)

No. 505. FARBENFABRIKEN BAYER A. G. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Allen F. Maulsby, Arnold M. Lerman, Max O. Truitt, Jr.,* and *Daniel K. Mayers* for petitioner. *Solicitor General Griswold* for the United States.

No. 443. PENNSYLVANIA PUBLIC UTILITY COMMISSION v. BESSEMER & LAKE ERIE RAILROAD CO. ET AL.; and

No. 638. CO-OPERATIVE LEGISLATIVE COMMITTEE, RAILROAD BROTHERHOODS IN THE STATE OF PENNSYLVANIA v. BESSEMER & LAKE ERIE RAILROAD CO. ET AL. Sup. Ct. Pa. Certiorari denied. *William A. Goichman, Edward Munce,* and *Joseph C. Bruno* for petitioner in No. 443, and *G. P. MacDougall* for petitioner in No. 638. *R. N. Clattenburg, Donald A. Brinkworth,* and *Gordon E. Neuenschwander* for respondents in both cases. *Sheldon E. Bernstein* for Railway Labor Executives' Assn., as amicus curiae, in support of the petitions in both cases.